Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### District of
### Division

Case No. 3:21-cv-204-MMH-JRK

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

FILED 2021 MAR -2 PM 12:29

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

BARBARA A. JACKSON

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            BARBARA A. JACKSON
Street Address  12300 OLD ST AUGU PHILIPS HWY
City and County JACKSONVILLE DUVAL
State and Zip Code FLORIDA 32807
Telephone Number 904-298-3801 RM 119
E-mail Address  SHIT DOES HAPPEN@ICLOUD.COM

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

UKN HOLIDAY INN EXPRESS CORP
1169 OLD ST AUGUSTINE ROAD
MANDARINS JACKSONVILLE
FLORIDA 32257
FLORIDA    32257
904 - 899 - 9000

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

MANAGER  AND  ASSISTANT
11 6966 OLD ST AUGUSTINE Rd
MANDRINE JACKSONVILLE  I DO NOT KNOU
32257
904899 - 9000
I DO NOT KNOW THIS

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

THE MANAGEMENT HAS MY DISABILITY CHECK FROM DEPARTMENT OF VETERANS AFFAIRS AND IS PLAYING GAMES WITH ME, NOT GIVING ME MY CHECK MADE OUT TO ME BARBARA JACKSON, A FEDERAL CHECK

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* BARBARA A. JACKSON , is a citizen of the State of *(name)* FLORIDA . Or is a citizen of *(foreign nation)* CONUS, USA.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy CHECK AMOUNT $3,915.14
Z-TAXI FARE ON FEBRUARY 2021 $1,000 $190.00 Feb 1 2021

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

4,1105   9,1105 BY

+ 5000 INCONVIENCE STRESS, AND 10,105

+ COURT COST HUNGER AND NO THANKS TO GOD

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I HAVE TRIED FOR TWO DAYS TO GET MY CHECK M.WB OUT TO ICE, BARBARA JACKSON DISABLED U.S. NAVY VETERAN OF 14 YRS. ON MONDAY EVENING FEBRUARY 1, 2021 I WENT TO PICK UP MY CHECK MANAGER WAS GONE REFUSED TO RETURN, NO ASSISTANT MGR OR MALE OWNER/MANAGER WHEN I ASKED FOR MY CHECK HE SAID THERE WAS NOTHING HE COULD DO. MANAGER WANTED TO COME TO HOLIDAY INN EXPRESS IN MANDARINE/JACKSONVILLE, FL 32254

## IV. Relief I TALKED TO MANAGER ON JANUARY 27, 2021 AND REMINDED HER THEY HAD TRESPASSED ME ON JAN 5, 2021 AND I WOULD NOT COME BACK

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal TO HER arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. SINCE IS WAS TRESPASSED AND WENT TO GET MY CHECK MANAGEMENT REFUSED AND CALLED THE POLICE, I COULD NOT GET MY CHECK AND OWED Z TAXI DRIVER WANTED HIS MONEY PLUS FOR WAITING 1 1/2 HOURS ON ME, SO I GAVE HIM MY $1000 I HAD US PRO TO KEEP HIM FROM CALLING PONCE, IT WAS AFTER 5 PM BANKS AND CREDIT UNIONS CLOSED. SO I WAS FLAT BROKE AND COULD NOT PAY MY ROOM RENT AT SCOTT'S INN, RM114 AND HAD TO LEAVE THIS AM BACK OVER TO HIS STILL PLAYING GAMES, AND ALSO $1040.45 AGAIN. I HAVE NO MONEY UNTIL I GET MY CHECK

They cannot keep my check, belong to me. I no longer stay at Holiday Inn Express Rm 104, they put me and my personal property out on January 22, 2021. I was in there parking lot. The manager knows I have been tresspassed and told her I could not come back on the property January 27, 2021 it didn't make her any difference. No one else has a key to her office. I had no problem picking up my check from HIE last month on Friday, January 1, 2021, so I don't know why all this refusal and denying me my rights to my federal government check with my name as payee. They say I owe them $165.00, but how can I pay them, if I can't get my check from them because I have no money, flat broke. And I told them this still indifference to my plate. They called Jaxville Police yesterday evening to remove me, because I had already been tresspassed from HIE and I told the manager that would happen on my phone call to her on January 27, 2021. This is harassment plane and simple. I am going to fine a complaint with the FBI as I cannot reach the DAV office in Washington, D.C. Phone calls to them just ring and ring, if they pick up, I have to listen to a message on loop. It plays over and over as long as you stay on the phone, no one (human) person nor answers and I could not leave a message, nor could I go to USA.Gov

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _Barbara A Jackson Wednesday, February 3, 2021_

Signature of Plaintiff    _Barbara A Jackson_

Printed Name of Plaintiff    _Barbara A Jackson_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____